IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

VINCENT FAGAN,

    Plaintiff,

v.

HONEYWELL INTERNATIONAL, INC.,

    Defendant.

No. C 06-01347 WHA

**REMAND ORDER**

    On August 24, 2005, this Court remanded a series of cases that had been united for purposes of multi-district litigation as *In re Circular Thermostat Antitrust Litigation*, MDL Docket No. C 05-01673 WHA. At that time, the above-captioned case had been transferred to this Court from the United States District Court for the District of Massachusetts, but the Clerk of the Court had not yet received the case file. The file has now been received. In conformity with the August 2005 order, this order hereby **REMANDS** the above action to Massachusetts state court.

    **IT IS SO ORDERED.**

Dated: February 27, 2006

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE